IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
NEW YORK

| | |
|---|---|
| In Re:<br>Krista M. Dekerillis<br><br>Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 8-22-72502-ast |

***OBJECTION OF GS MORTGAGE-BACKED SECURITIES TRUST 2019-SL1, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE (HEREINAFTER REFERRED TO AS "CREDITOR") TO DEBTOR(S)' CHAPTER 13 PLAN WITH RESPECT TO TREATMENT OF CREDITOR'S CLAIM IN THE FOLLOWING PROPERTY: 3420 ROCKY POINT ROAD, EAST MARION, NY 11939 (THE "PROPERTY")***

Creditor, through its undersigned Counsel, who is duly authorized to practice before this Court, on behalf of Stern & Eisenberg, PC, respectfully requests that the Court deny confirmation of the most recent Plan filed by Debtor and in support thereof respectfully represent and affirms under penalty of perjury as follows:

1. Creditor is the holder of a Note and Mortgage executed by Debtor on July 2, 2008 in the amount of $25,000.00. Said loan is secured by the real property owned by Debtor located at 3420 Rocky Point Road, East Marion, NY 11939 (the "Property").

2. Debtor filed the instant Chapter 13 Bankruptcy on September 20, 2022 and as a result, any State Court proceedings, if any, were stayed.

3. Creditor objects to the Chapter 13 Plan for the following reasons:

    a. The plan does not provide for the post-petition payments and/or pre-petition arrears to be made to Creditor in accordance with the terms of the Note and Mortgage.

4. By proposing to pay the Creditor as proposed, the Plan violates the standards of 11 U.S.C. 1325(a)(5)(B)(i).

5. These Objections are made in accordance with the Rules of Bankruptcy Procedure.

WHEREFORE Creditor respectfully requests this Court deny confirmation of the Chapter 13 Plan together with such other relief this Court deems necessary and appropriate.

Respectfully submitted,<br>
Stern & Eisenberg, PC<br>
BY: /s/ Peter A. Lawrence<br>
Peter A. Lawrence, Esquire<br>
Stern & Eisenberg, PC<br>
plawrence@sterneisenberg.com<br>
Bar Number: 4951836<br>
Attorney for Creditor

Dated: November 8, 2022

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
NEW YORK

| In Re: | |
|---|---|
| Krista M. Dekerillis | Chapter: 13 |
| Debtor(s) | Bankruptcy Case: 8-22-72502-ast |

## **AFFIDAVIT OF SERVICE**

I, Peter A. Lawrence, hereby affirms, under the penalty of perjury, that a true and correct copy of the within Objections of GS Mortgage-Backed Securities Trust 2019-SL1, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee, together with Order, Notice and this Certificate, was sent by first class, postage prepaid mail on the Debtor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

| | |
|---|---|
| Krista M Preuss<br>100 Jericho Quadrangle, Ste 127<br>Jericho, NY 11753<br>info@ch13edny.com<br>(BK Trustee) | Regular Mail<br>Notice of Electronic Filing (ECF) |
| Krista M. Dekerillis<br>3420 Rocky Point Road<br>East Marion, NY 11939 | Regular Mail |
| Adam C. Gomerman<br>807 East Jericho Turnpike<br>Huntington Station, NY 11746<br>adamcgomerman@optonline.net<br>(Debtor Counsel) | Regular Mail<br>Notice of Electronic Filing (ECF) |
| United States Trustee<br>560 Federal Plaza, Room 560<br>Central Islip, NY 11722-4437<br>ustpregion02.li.ecf@usdoj.gov<br>(United States Trustee) | Regular Mail<br>Notice of Electronic Filing (ECF) |

                                                Respectfully submitted,
                                                Stern & Eisenberg, PC
                                      BY: /s/ Peter A. Lawrence
                                                Peter A. Lawrence, Esquire
                                                Stern & Eisenberg, PC
                                                plawrence@sterneisenberg.com
                                                Bar Number: 4951836
Dated: November 8, 2022                      Attorney for Creditor